UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO, CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1:12-mc-43 AWI GSA |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | **ORDER RE: SERVICE OF THE** |
| ) | **FINDINGS AND RECOMMENDATIONS** |
| ) | |
| MARK W. HANSEN and TAMI D. HANSEN, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| _____ ) | |

Pending before the Court is the United States' ("Petitioner") Petition for Judicial Approval of Internal Revenue Service Levy On a Principal Residence ("Petition"). (Doc. 1).  Petitioner seeks to levy upon Mark W. Hansen and Tami D. Hansen's ("Respondents") principal residence to satisfy Respondents' unpaid federal income tax liabilities, interest, and penalties for the 2000, 2003, 2005, 2006, 2007, 2008, and 2009 tax years.

On November 15, 2012, this Court issued Findings and Recommendations recommending that the petition be granted.  (Doc. 6).  The parties were advised that objections to the Findings and Recommendations shall  be filed within fifteen (15) days after the date of the Findings and Recommendations.

A review of the docket reveals that Respondents were not served with the Findings and Recommendations.  Accordingly, the Clerk of the Court shall serve *both* Mark Hansen W. Hansen and

1  Tami D. Hansen with this order, as well as the Findings and Recommendations dated November 15,
2  2012. (Docs. 6 and 7) at the following addresses :

4      1422 Celeste Avenue                      5475 East Ashcroft Avenue
    Clovis, California 93611                Fresno, California 93727

6     The parties shall file any objections to the Findings and Recommendations **no later than December**
7  **28, 2012.**  Failure to file objections within the specified time may waive the right to appeal the District
8  Court's order. Martinez v. Yist, 951 F. 2d 1153 (9th Cir. 1991).

9      IT IS SO ORDERED.

10     Dated:   **December 6, 2012**                     **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE